As so modified the orders are affirmed. On the record before this court these values are warranted by the evidence. Settle orders on notice. Present — Peck, P. J., Glennon, Cohn, Breitel and Bergan, JJ.

In the Matter of the Application of ROBERT DRANOW for Admission to Practice as an Attorney.— Motion denied. Present — Peck, P. J., Dore, Callahan, Breitel and Bergan, JJ.

In the Matter of the Application of I. CHARLES SCHWALB for Reinstatement as an Attorney.— Motion for reinstatement denied. Present — Peck, P. J., Glennon, Cohn, Callahan and Breitel, JJ.

In the Matter of MYRED AMUSEMENT CORP., Petitioner, against JOHN F. O'CONNELL, et al., Individually and as Members of the State Liquor Authority, Respondents.— Determination unanimously confirmed, with $20 costs and disbursements to the respondents. No opinion. Present — Dore, J. P., Cohn, Callahan, Breitel and Bergan, JJ.

In the Matter of MYRED AMUSEMENT CORP., Appellant, aganist JOHN F. O'CONNELL et al., Individually and as Members of the State Liquor Authority, Respondents.— Orders unanimously affirmed. No opinion. Present — Dore, J. P., Cohn, Callahan, Breitel and Bergan, JJ.

308 WEST 82ND STREET CORPORATION, Appellant, v. SUMRAY, INC., et al., Respondents.— Judgment unanimously affirmed, with costs to the respondents Herman and Jeanne Goldberg. No opinion. Present — Peck, P. J., Glennon, Cohn, Breitel and Bergan, JJ.

MARJORIE J. NICHOLS, Appellant-Respondent, v. CHARLES W. NICHOLS, JR., Respondent-Appellant.— Order and judgment unanimously affirmed. No opinion. Present — Dore, J. P., Cohn, Callahan and Breitel, JJ. [See *post*, p. 835.]

## SECOND DEPARTMENT, JUNE, 1953.

### (June 1, 1953.)

CAMERON ESTATES, INC., Respondent, v. GEORGE T. DEERING et al., Defendants, and MARY STEGMAIER et al., Appellants.— Motion referred to the court that rendered the decision. Present — Adel, Acting P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ. Motion for reargument denied, without costs. Present — Nolan, P. J., Carswell, Adel, Wenzel and Beldock, JJ. [See 281 App. Div. 985.]

JULES CHOPAK et al., Appellants, v. VIVA L. SOLOMON, Respondent.— Motion granted to the extent of dispensing with the printing of the exhibits; the originals to be submitted on the argument of the appeal. In all other respects the motion is denied, without prejudice to an application in the court below,